UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**New Balance Athletics, Inc.**
    Plaintiff

V.

**Balance Athletica, LLC**
    Defendant

CIVIL ACTION

NO. **1:20-cv-12045-LTS**

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE **Leo T. Sorokin**

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On __6/22/2021__ I held the following ADR proceeding:

| | | |
|---|---|---|
| _____ SCREENING CONFERENCE | | _____ EARLY NEUTRAL EVALUATION |
| __X__ MEDIATION | | _____ SUMMARY BENCH / JURY TRIAL |
| _____ MINI-TRIAL | | _____ SETTLEMENT CONFERENCE |

All parties were present and represented by counsel.

The case was:

[ ] Settled. Your clerk should enter a ___ day order of dismissal.

[ X ] Case did not settled. However, further efforts may be appropriate at a later date. This case should be restored to your trial list.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

_____ .
_____ .

__6/22/2021__                                                 /s/ Judith G. Dein
DATE                                                          U.S. Magistrate Judge