**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NEW BALANCE ATHLETICS, INC.,

        Plaintiff,

    v.

BALANCE ATHLETICA, LLC,

        Defendant.

Civil Action No. 1:20-cv-12045-LTS

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff New Balance Athletics, Inc. and Defendant Balance Athletica, LLC (together, the "Parties"), by and through their respective counsel, hereby stipulate that the above-captioned action may be and hereby is dismissed with prejudice in its entirety, with each Party bearing its own costs, expenses, and attorneys' fees.

Dated:  September 23, 2021
Respectfully Submitted,

NEW BALANCE ATHLETICS, INC.

By its Attorneys,

*/s/ Mark S. Puzella*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Mark S. Puzella (BBO# 644850)
222 Berkeley Street, Suite 2000
Boston, MA, 02116-3740
Telephone:  617.880.1800
mpuzella@orrick.com

BALANCE ATHLETICA, LLC

By its Attorneys,

*/s/ Courtney Batliner*

Courtney L.B. Batliner
Holland & Knight
10 St. James Avenue 11th Flr.
Boston, MA 02116
Telephone: 617-305-2002
Courtney.Batliner@hklaw.com

Jason B. Mollick (*pro hac vice*)
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of The Americas, 40th Fl.

New York, NY 10019
Telephone: (212) 497-7772
jmollick@wsgr.com

John L. Slafsky (*pro hac vice*)
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300
jslafsky@wsgr.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 23, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark S. Puzella*

Mark S. Puzella